**No. 10-7251. Joseph Aruanno, Petitioner v. George Hayman, et al.**

562 U.S. 1115, 131 S. Ct. 835, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9695.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 384 Fed. Appx. 144.